In the Matter of IRENE SHERMAN, Respondent.  MT. EDEN CEMETERY ASSOCIATION, INC., Respondent; WEST SIDE INSTITUTIONAL SYNAGOGUE, Appellant.

Argued October 7, 1952; decided October 16, 1952.

*Samuel Nirenstein* for appellant.

*David I. Shivitz* and *Edmund B. Hennefeld* for Irene Sherman, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.